**Opinion issued October 19, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00107-CV

———————————

**R & S CONCRETE, LLC, Appellant**

**V.**

**OLOLADE OLORUNFEMI, Appellee**

**On Appeal from the 165th District Court**
**Harris County, Texas**
**Trial Court Case No. 2019-15831**

## MEMORANDUM OPINION

Appellant, R & S Concrete, LLC, has filed an unopposed motion to dismiss its appeal, averring that the appeal is moot because the trial court subsequently granted a motion for new trial. No opinion has issued in this appeal. Accordingly,

we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.